IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS, | No. C 07-5649 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNKNOWN, | |
| Defendant. | |

This case was opened when plaintiff sent the court pages three and four of the court's complaint form for Section 1983 cases. The pages were originals, completed and signed. The clerk sent plaintiff a notice that the complaint was missing pages one and two and a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was warned that if he did not correct these deficiencies within thirty days the case would be dismissed.

In response, plaintiff has returned the application to proceed in forma pauperis which was supplied to him by the clerk with his copy of the notice of IFP deficiency. He has not, however, attached a printout of transactions in his prisoner account in the six months prior to filing, as required by the instructions to the form and by 28 U.S.C. 1915(a)(2). Also, the "Certificate of Funds in Prisoner's Account," page five of the application, is incomplete. He has not provided pages one and two of the complaint, and his allegations as to the basis for his claim on one of the pages of the complaint that he did file, page three, are incomprehensible.

Leave to proceed in forma pauperis (document four on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December   14  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\LEWIS5649.DSM.wpd